**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC | § § | |
| v. | § § | Case No. 2: 12-CV-761-JRG-RSP |
| KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH STREET GRILL & BAR | § § | |
| DIETGOAL INNOVATIONS LLC | § § | |
| v. | § § | Case No. 2: 12-CV-764-JRG-RSP |
| CHIPOTLE MEXICAN GRILL, INC. | § | |
| DIETGOAL INNOVATIONS LLC | § § | |
| v. | § § | Case No. 2: 12-CV-766-JRG-RSP |
| EINSTEIN NOAH RESTAURANT GROUP, INC. | § § | |
| DIETGOAL INNOVATIONS LLC | § § | |
| v. | § § | Case No. 2: 12-CV-770-JRG-RSP |
| MARCO'S FRANCHISING, LLC | § | |
| DIETGOAL INNOVATIONS LLC | § § | |
| v. | § § | Case No. 2: 12-CV-771-JRG-RSP |
| POTBELLY SANDWICH WORKS, LLC | § | |
| DIETGOAL INNOVATIONS LLC | § § | |
| v. | § § | Case No. 2: 12-CV-772-JRG-RSP |
| CBC RESTAURANT CORP. D/B/A CORNER BAKERY CAFÉ | § § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC | § | |
| | § | |
| v. | § | Case No. 2: 12-CV-773-JRG-RSP |
| | § | |
| DELI MANAGEMENT, INC. d/b/a | § | |
| JASON'S DELI | § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC | § | |
| | § | |
| v. | § | Case No. 2: 12-CV-777-JRG-RSP |
| | § | |
| GENGHIS GRILL FRANCHISE | § | |
| CONCEPTS, LP | § | |

## CONSOLIDATION ORDER

The Court has reviewed the pleadings and has observed that the same patents are asserted in all of these cases.   Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the cases for pretrial purposes only, with Case No. 2:12-CV-761 designated as the lead case.   All future filings must be made in the lead case until this consolidation order is vacated.

The parties shall meet and confer regarding any modifications to the docket control order and discovery order that may be necessary to accommodate consolidation of these cases.

**SIGNED this 29th day of April, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE